Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br> vs. <br><br> NORMAN B. HOUGE, INC. et al., <br><br> Defendants. | Case No.:  C 06-07420 MHP <br><br> **STIPULATION TO DISMISS ACTION; ORDER THEREON** |

Plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS

1   MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY

2   STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY

3   AND HIGHWAY COMMITTEE ("Operating Engineers Trust Funds") and Defendants

4   NORMAN B. HOUGE, INC., DAVID NORMAN HOUGE and INTERNATIONAL FIDELITY

5   INSURANCE COMPANY ("Defendants") stipulate and agree to the following:

6       1.  The Operating Engineers Trust Funds and Defendants NORMAN B. HOUGE, INC.,

7   DAVID NORMAN HOUGE executed a Settlement Agreement in order to resolve the above-

8   captioned proceeding.

9       2.  In light of the Settlement Agreement, the above-captioned matter is dismissed with

10  prejudice pursuant to Federal Rule of Procedure 41(a) (1) as to all Defendants.

11      3.  Each party will bear their own attorneys' fees and costs relating to this proceeding.

12      4.  The Court will retain jurisdiction over the above-captioned proceeding to enforce the

13  terms of the Settlement Agreement referenced in paragraph 1 above.

14  Respectfully submitted,

15  Dated: 04/30/07

16                                          SWEENEY, MASON, WILSON &
                                            BOSOMWORTH
17                                          By: _____
                                            Roger M. Mason
18                                          Attorneys for Defendants
                                            NORMAN B. HOUGE, INC.; DAVID
19                                          NORMAN HOUGE; and INTERNATIONAL
                                            FIDELITY INSURANCE COMPANY
20

21  Dated:  4/30/07

22                                          By: _____
                                            Tracy L. Mainguy
23                                          Attorney for Plaintiffs OPERATING
                                            ENGINEERS LOCAL UNION NO. 3 TRUST
24                                          FUNDS

25  / / / / /

STIPULATION TO DISMISS ACTION; [PROPOSED] ORDER THEREON;
Case No.: C 06-07420 PJH
                                    - 2 -

1

## ORDER

2     Based upon the above-stated stipulation for dismissal of action with prejudice and

3 pursuant to Federal Rule of Civil Procedure 41(a) (1), this action is dismissed with prejudice as

4 to all Defendants.  Each party will bear their own attorneys' fees and costs to relating to this

5 proceeding.  The Court retains jurisdiction to enforce the terms of the Settlement Agreement

6 executed by the Operating Engineers Trust Funds and Defendants NORMAN B. HOUGE, INC.

7 and DAVID NORMAN HOUGE to resolve the above-captioned proceeding.

8 Dated:   5/2/2007



MARILYN H. PATEL
HONORABLE DISTRICT JUDGE

IT IS SO ORDERED

Judge Marilyn H. Patel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25