Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br>vs.<br><br>NORMAN B. HOUGE, INC., et al,<br><br>Defendants. | Case No.: C06-7420 MHP<br><br>[~~PROPOSED~~] JUDGMENT |

Defendants, DAVID NORMAN HOGUE, individually; DAVID NORMAN HOGUE, Trustee under the Revocable Trust of NORMAN B. HOGUE & VIRGINIA E. HOGUE dated 11/12/82 and Trustor of the Deed of Trust With Assignment of Rents Executed 4/24/07; and NORMAN B. HOGUE, INC., having failed to cure default on their Settlement Agreement,

It is hereby ORDERED, ADJUDGED AND DECREED that Judgment in favor of plaintiffs and against defendants DAVID NORMAN HOGUE, individually; DAVID NORMAN HOGUE, Trustee under the Revocable Trust of NORMAN B. HOGUE & VIRGINIA E. HOGUE

-1-
[PROPOSED] JUDGMENT
Case No.: C06-7420 MHP

1  dated 11/12/82 and Trustor of the Deed of Trust With Assignment of Rents Executed 4/24/07; and

2  NORMAN B. HOGUE, INC., is hereby entered, as follows:

| Settlement Agreement | $211,149.29 |
|---|---|
| Amount Paid | [$60,000.00] |
| Contributions, 6/07 (net of credits) | $35,712.36 |
| Liquidated damages, 6/07 | $4,327.28 |
| Interest , 7/25/07-4/30/08 (+ $13.16 p/d until paid) | $8,490.60 |
| Attorneys fees (11/13/07-4/18/08) | $2,109.00 |
| **TOTAL DUE** | **$201,788.53** |

IT IS SO ORDERED, that judgment be entered totaling **$201,788.53,** plus post-judgment interest at the rate of $13.16 per diem, calculated on contributions of $35,712.36 and liquidated damages of $4,327.28 unpaid for June 2007, from May 1, 2008 to date of satisfaction of judgment.

It is further ORDERED that the Court shall retain jurisdiction over this matter.

Dated: 5/7/2008 _____    _____
MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE



-2-
**[PROPOSED] JUDGMENT**
**Case No.: C06-7420 MHP**

P:\CLIENTS\OE3CL\Norman Houge, Inc\Pleadings\Application for Entry of Judgment\C06-7420 MHP Proposed Judgment 042108.doc