Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br> vs. <br><br> NORMAN B. HOUGE, INC., et al, <br><br> Defendants. | Case No.: C06-7420 MHP <br><br> [PROPOSED] <br> AMENDED JUDGMENT |

Defendants, DAVID NORMAN HOGUE, individually; DAVID NORMAN HOGUE, Trustee under the Revocable Trust of NORMAN B. HOGUE & VIRGINIA E. HOGUE dated 11/12/82 and Trustor of the Deed of Trust With Assignment of Rents Executed 4/24/07; and NORMAN B. HOGUE, INC., having failed to cure default on their Settlement Agreement,

It is hereby ORDERED, ADJUDGED AND DECREED that Judgment in favor of plaintiffs and against defendants DAVID NORMAN HOGUE, individually; DAVID NORMAN HOGUE, Trustee under the Revocable Trust of NORMAN B. HOGUE & VIRGINIA E. HOGUE

dated 11/12/82 and Trustor of the Deed of Trust With Assignment of Rents Executed 4/24/07; and NORMAN B. HOGUE, INC., is hereby entered, as follows:

| Settlement Agreement | $211,149.29 |
| **Amount Paid** | **[$75,000.00]** |
| Contributions, 6/07 (net of credits) | $35,712.36 |
| Liquidated damages, 6/07 | $4,327.28 |
| Interest , 7/25/07-4/30/08 (+ $13.16 p/d until paid) | $8,490.60 |
| Attorneys fees (11/13/07-4/18/08) | $2,109.00 |
| **TOTAL DUE** | **$186,788.53** |

IT IS SO ORDERED, that judgment be entered totaling **$186,788.53,** plus post-judgment interest at the rate of $13.16 per diem, calculated on contributions of $35,712.36 and liquidated damages of $4,327.28 unpaid for June 2007, from May 1, 2008 to date of satisfaction of judgment; plus post-judgment interest on the Judgment balance ($146,748.89) calculated at the rate of 1.86% per annum.

It is further ORDERED that the Court shall retain jurisdiction over this matter.

Dated: 5/16/2008  _____

MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE



-2-
[PROPOSED] AMENDED JUDGMENT
Case No.: C06-7420 MHP

P:\CLIENTS\OE3CL\Norman Houge, Inc\Pleadings\Application for Entry of Judgment\C06-7420 MHP Proposed Amended Judgment 051508.doc

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 15, 2008, I served the following document(s):

**[PROPOSED] AMENDED JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Roger M. Mason, Esq.**
> **Sweeney, Mason, Wilson & Bosomworth**
> **983 University Avenue, Suite 104C**
> **Los Gatos, California 95032-7637**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 15th day of May 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**[PROPOSED] AMENDED JUDGMENT**
**Case No.: C06-7420 MHP**

P:\CLIENTS\OE3CL\Norman Houge, Inc\Pleadings\Application for Entry of Judgment\C06-7420 MHP Proposed Amended Judgment 051508.doc